CHIEF PUB. CO. v. SCHNEIDER.

(Supreme Court, Appellate Term. June 5, 1908.)

COURTS—MUNICIPAL COURTS—JURISDICTION—SERVICE OF SUMMONS—APPEARANCE.

Where no service of summons was made on defendant, and he did not appear in the action, except for the purpose of appealing, under Municipal Court Act, Laws 1902, p. 1578, c. 580, § 311, a judgment against him was void.

Appeal from Municipal Court, Borough of Manhattan, First District.

Action by the Chief Publishing Company against Charles F. Schneier. Judgment for plaintiff, and defendant appeals. Reversed, and complaint dismissed.

Argued before GILDERSLEEVE, P. J., and DAYTON and GERARD, JJ.

Archibald R. Watson, for appellant.
Adolph M. Schwartz, for respondent.

PER CURIAM. The defendant appeals under the provisions of section 311 of the Municipal Court act (Laws 1902, p. 1578, c. 580), upon the ground that no service of process was ever made upon him.

He submits affidavits upon the hearing of the appeal which are not contradicted, showing that no service of the summons was ever made upon him and that he has not appeared in the action, except for the purpose of appealing. The judgment is void, and must be reversed.

Judgment reversed, with costs, and complaint dismissed.